JS-6

Richard D. Marca, State Bar # 127365
Richard.Marca@varnerbrandt.com
Ankit H. Bhakta, State Bar #312607
Ankit.Bhakta@varnerbrandt.com
**VARNER & BRANDT LLP**
3750 University Avenue, Suite 610
Riverside, California 92501
Telephone: (951) 274-7777
Facsimile: (951) 274-7770

Attorneys for Defendant,
WESTERN EXPRESS, INC.,
a Tennessee corporation, dba
WESTERN EXPRESS TRANSPORT
OF CALIFORNIA, INC.

Varner & Brandt LLP
3750 University Avenue, Suite 610
Riverside, California 92501
(951) 274-7777

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY RAY LEE II, an individual, | Case No. 5:16-CV-00699-PA-SP |
| Plaintiff, | |
| vs. | **ORDER GRANTING DISMISSAL** |
| WESTERN EXPRESS, INC. dba WESTERN EXPRESS TRANSPORT OF CALIFORNIA, INC., a Tennessee Corporation; LARRY PARKER, an individual; CLARENCE EASTERDAY, an individual; and DOES 1-50, | |
| Defendants. | |

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff Billy Ray Lee II's ("Plaintiff")
claims against Defendant Western Express, Inc. ("Defendant"), now being pursued
by substituted Plaintiff Samantha Lee as sole heir and successor in interest to
Plaintiff, as set forth in the Complaint in Case No 5:16-CV-00699-PA-SP, are
hereby dismissed with prejudice.

IT IS SO ORDERED

Dated February 9, 2017

_____
United States District Judge

1

**ORDER GRANTING DISMISSAL**